REL
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CRIMINAL DOCKET FOR CASE #: 5:17-mj-00624-SM-1
### Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Provines | Date Filed: 12/19/2017 |
| Other court case number: 4:17CR208-MAC-CAN Eastern District of Texas (Sherman Division) | |

**Certified Copy**
**MJ-17-624-SM, Docket Sheet**

8:54 am, Dec 20, 2017
**Carmelita Reeder Shinn, Clerk**

Assigned to: Magistrate Judge Suzanne Mitchell

**Defendant (1)**

**Vincent Garrett Provines**   represented by   **William P Earley**
Federal Public Defender-OKC
215 Dean A McGee Ave
Suite 109
Oklahoma City, OK 73102
405-609-5930
Fax: 405-609-5932
Email: william.earley@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
None

**Plaintiff**

| United States of America | represented by | **William E Farrior**<br>US Attorney's Office-OKC<br>210 W Park Ave<br>Suite 400<br>Oklahoma City, OK 73102<br>405-553-8754<br>Email: wfarrior@usa.doj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2017 | | Arrest of Vincent Garrett Provines in Western District of Oklahoma. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 🔒 1 | Rule 5(c)(3) Documents received as to Vincent Garrett Provines, including Indictment and Arrest Warrant.(lb) (Entered: 12/19/2017) |
| 12/19/2017 | 2 | ENTRY OF ATTORNEY APPEARANCE: William P Earley appearing for Vincent Garrett Provines (Earley, William) (Entered: 12/19/2017) |
| 12/19/2017 | 🔒 3 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Vincent Garrett Provines. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER William Earley as to Vincent Garrett Provines. Signed by Magistrate Judge Suzanne Mitchell on 12/19/17. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Suzanne Mitchell: Initial Appearance in Rule 5(c)(3) as to Vincent Garrett Provines held on 12/19/2017. Defendant released on unsecured bond w/ conditions. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 6 | WAIVER of Rule 5(c)(3) Hearings by Vincent Garrett Provines. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 7 | ORDER Setting Conditions of Release as to Vincent Garrett Provines. Signed by Magistrate Judge Suzanne Mitchell on 12/19/17. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 8 | Appearance Bond as to Vincent Garrett Provines (1) $5,000.00 Unsecured. Signed by Magistrate Judge Suzanne Mitchell on 12/19/17. (lb) (Entered: 12/19/2017) |
| 12/19/2017 | 9 | ORDER Requiring Defendant to Appear in the District Where Charges are Pending as to Vincent Garrett Provines. Signed by Magistrate Judge Suzanne Mitchell on 12/19/17. (lb) (Entered: 12/19/2017) |

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT GARRETT PROVINES, )<br>)<br>    Defendant. ) | CASE NUMBER: MJ-17-624-SM |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Vincent Garrett Provines.

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

 December 19, 2017                         s/ William P. Earley
                                                        WILLIAM P. EARLEY
                                                        ASSISTANT FEDERAL PUBLIC DEFENDER
                                                        Oklahoma Bar Number: 11293
                                                        FEDERAL PUBLIC DEFENDER ORGANIZATION
                                                        WESTERN DISTRICT OF OKLAHOMA
                                                        215 Dean A. McGee  Suite 109
                                                        Oklahoma City, Oklahoma 73102
                                                        Telephone: 405-609-5930
                                                        Telefacsimile: 405-609-5932
                                                        Electronic Mail: William_Earley@fd.org
                                                        Counsel for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to Will Farrior, Assistant United States Attorney.

                                                         s/ William P. Earley
                                                         WILLIAM P. EARLEY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case Number: M-17-624-SM |
| ) | |
| VINCENT GARRETT PROVINES ) | Charging District: Eastern District of Texas (Sherman Division) |
| Defendant ) | Charging District's Case Number: 4:17-CR-208-MAC-C |

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court. **WILLIAM P. EARLEY**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Tuesday, December 19, 2017
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-01-2016

# CRIMINAL COURTROOM MINUTE SHEET
# INITIAL APPEARANCE on RULE 5

**DATE:** Dec 19, 2017  **CASE:** M-17-624-SM

**TIME IN COURT:** 20 mins  **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**  **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. VINCENT GARRETT PROVINES**

Defendant States true and correct name as: same  **AGE:** 24

**Government Cnsl:** WILLIAM FARRIOR  **Defendant Cnsl:** BILL EARLEY

**U.S. Probation Officer:** AMY KNAPP  Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel  **Interpreter:** N/A

☐ Defendant advised of his / her right of consular notification,

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the ☐ Complaint ☒ Indictment and the charges pending against him / her in the prosecuting district.

Charging District: Eastern District of Texas (Sherman Division)  Charging District case number: 4:17-CR-208-MAC-CAN

## PRELIMINARY / RULE 5

☐ Defendant informed of his/her right to a Preliminary hearing.

  ☐ Defendant waives preliminary hearing; Written waiver entered.

  ☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.

  ☐ Defendant requests the preliminary hearing be conducted in this district

    ☐ Preliminary hearing is set for:

☐ Preliminary hearing not required.

☒ Defendant waives identity hearing; Written waiver entered.

☒ Defendant advised of the provisions of Rule 20.

☒ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.

☐ Defendant waives production of original, certified copy or reliable electronic form of warrant.

## RELEASE / DETENTION

☒ Government recommends defendant be released on recommendations of USPO.

☐ Government recommends defendant be detained based on

☐ Government

  ☐ Upon motion of the Government and request for continuance by

  ☐ Detention Hearing is set for

☐ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☐ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the U.S. Marshal.

☒ Unsecured Bond set at $5,000.00 with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Defendant to report for further proceedings in the District Court in which prosecution is pending as follows:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
) Case Number: M-17-624-SM
)
)
VINCENT GARRETT PROVINES ) Charging District: Eastern District of Texas (Sherman Division)
Defendant ) Charging District's Case Number: 4:17-CR-208-MAC-CAN
)

## WAIVER OF RULE 5 and 5.1 HEARINGS
( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* ) Eastern District of Texas (Sherman Division)        .

I have been informed of the charges and of my rights to:
(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise-- unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:
[X] an identity hearing.
[X] production of the warrant.
[ ] a preliminary hearing.
[ ] a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.
[ ] a preliminary hearing.
[ ] a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

12-19-2017                                  /s/ Vincent Provines
Date                                        Defendant

                                            /s/
                                            Attorney for Defendant

SR-01-2016

Case 4:17-cr-00208-JAJ-CFB Document 9 Filed 12/21/17 Page 1 of 3
Case 5:17-mj-00624-SM Document 7 Filed 12/04/17 Page 1 of 3 PageID #: 25

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>VINCENT GARRETT PROVINES<br>*Defendant* | )<br>)<br>)  Case No.  M-17-624-SM<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(☒)  (1)  The defendant must not violate federal, state, or local law while on release.

(☒)  (2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(☒)  (3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(☒)  (4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____AS DIRECTED_____
                                                           *Place*

on _____
                                *Date and Time*

If blank, defendant will be notified of next appearance.

(☒)  (5)  The defendant must sign an Appearance Bond, if ordered.

Case 4:17-cr-00258-JHP Document 9 Filed 12/01/17 Page 2 of 3 PageID #: 26
Case 5:17-mj-00624-SM Document 7 Filed 12/04/17 Page 2 of 3

AO 199B (Rev. 12/11) Additional Conditions of Release

Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                                          Custodian                                            Date

(☒) (7) The defendant must:
- ( ☐ ) (a) submit to supervision by and report for supervision to: USPO, telephone number (405) 609-____, no later than noon the following business day.
- ( ☐ ) (b) continue or actively seek employment.
- ( ☐ ) (c) continue or start an education program.
- (☒) (d) surrender any U.S. passport, foreign passport, and/or other documents used for international travel to: the U.S. Probation Office, Western District of Oklahoma, no later than noon the following business day.
- (☒) (e) not obtain a passport or other international travel document.
- ( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: travel restricted to the Western District of Oklahoma, unless pre-approved by USPO.
- (☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: A.P., T.P., and J.P.
- ( ☐ ) (h) get medical or psychiatric treatment: as directed by USPO.
- ( ☐ ) (i) return to custody each ____ at ____ o'clock after being released at ____ o'clock for employment, schooling, or the following purposes: ____
- ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ☐ ) (k) not possess a firearm, destructive device, or other weapon.
- ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
- ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from ____ to ____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  - ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ☐ ) (s) contribute to the cost of treatment service rendered (co-payment) in an amount to be determined by the pretrial services office or supervising officer, based on the defendant's ability to pay.
- ( ☐ ) (t) ____
- ( ☐ ) (u) ____
- ( ☐ ) (v) ____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

(☒) The defendant is ORDERED released after processing.
(☐) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: December 19, 2017                                                        _____
                                                                                                                *Judicial Officer's Signature*

SUZANNE MITCHELL, UNITED STATES MAGISTRATE JUDGE
_____
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
## for the
__WESTERN__ District of __OKLAHOMA__

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. M-17-624-SM |
| VINCENT GARRETT PROVINES ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Vincent Garrett Provines_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
- ( ☒ ) to appear for court proceedings;
- ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ __5,000.00__ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

   ( ☐ ) (a) $ _____ , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 4:17-cr-00258-JAJ-CFB Document 9 Filed 12/20/17 Page 12 of 13
Case 5:17-mj-00624-SM Document 9 Filed 12/21/17 Page 2 of 2 PageID #: 29

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: December 19, 2017

_____
*Defendant's signature*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CARMELITA REEDER SHINN, CLERK OF COURT

Date: December 19, 2017

_____
Lesa Boles, Deputy Clerk

Approved.

Date: December 19, 2017

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
VS. )
) Case Number: **M-17-624-SM**
)
) Charging District: **Eastern District of Texas (Sherman Division)**
)
**VINCENT GARRETT PROVINES** )
Defendant ) Charging District's Case Number: **4:17-CR-208-MAC-CAN**

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| PLACE: | Honorable Kimberly C. Priest Johnson<br>U.S. Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | Courtroom: | 108 |
| --- | --- | --- | --- |
| | | Date and Time: | Thursday, December 28, 2017, at 10:30 a.m. |

Tuesday, December 19, 2017
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-01-2016