| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
versus § CASE NO. 4:17-CR-208 (1)
§
VINCENT GARRETT PROVINES §

## VERDICT OF THE JURY

As to the offense charged in Count One of the Indictment, we, the Jury, find:

VINCENT GARRETT PROVINES

_____X_____  
(Guilty)                                          (Not Guilty)

7/11/18  
Date                                              Jury Foreperson