| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
*versus* § CRIMINAL ACTION NO. 4:17CR208
§
VINCENT GARRETT PROVINES §
§

# ORDER

The Defendant's Unopposed Motion for Extension of Time to File Sentencing Memorandum and Departure/Variance Motions (#102) brought before the Court on behalf of Defendant Vincent Garrett Provines is **GRANTED.** The Defendant's deadline to file Sentencing Memorandums and/or Departure/Variance Motions in the above-styled criminal matter is extended to January 9, 2019, by 4:00 p.m.

SIGNED at Beaumont, Texas, this 7th day of January, 2019.

*[signature]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE