| | | |
|---|---|---|
| DATE | 1/18/2019 | CASE NUMBER 4:17cr208(1) |
| LOCATION | Video BMT/PLANO | USA William Tatum Assigned |
| JUDGE | Marcia Crone | VS William Tatum Appeared |
| DEPUTY CLERK | Bonnie Sanford | |
| RPTR/ECRO | Tonya Jackson | VINCENT PROVINES |
| TAPE # | B E | Defendant |
| USPO | Russell Turkel | |
| INTERPRETER | Not required | Kevin Ross |
| BEGIN 3:05 pm / 3:55 pm | | Attorney |

## VIDEO SENTENCING

X . . . . . . Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 33 months | | To be determined | | 2 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

Objection 1 - withdrawn
Objection 2 - overruled
Objection 3 - withdrawn
Objection 4 - withdrawn
Objection 5 - Restitution put off for 90 days.
Objection 6 - overruled.
Objection 7 - overruled
Objection 8 - overruled
Objection 9 - withdrawn
Objection 10 - withdrawn


The court adopts the facts as set forth in the presentence report.

Defendant request for variance denied.

The court recommends mental health treatment while incarcerated.
The court recommends inmate financial responsibility program while incarcerated.
The court recommends FCI El Reno, OK.


Defendant remanded to US Marshal.


X . . . . . . **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**


**CRIM 92-118**         ☐ See reverse/attached for additional proceedings
Adjourn